UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NO. 3:18-CR-182 |
| | ) REEVES/POPLIN |
| FRANK MELVIN CHE-ADKINS ET AL | ) |

## ORDER

On May 30, 2019, the Honorable Debra C. Poplin, United States Magistrate Judge, filed a Report and Recommendation [R. 134], in which she recommended that defendant's motion to suppress evidence be denied.

There being no timely objections filed by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress evidence [R. 79] is **DENIED.**

This order supersedes the gavel order filed on September 10, 2019, [R. 151].

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**